IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIME WARNER CABLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-387-KAJ |
| | ) |
| USA VIDEO TECHNOLOGY CORP., | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jeffrey M. Olson, Samuel N. Tiu, and Matthew S. Jorgenson to represent Time Warner Cable Inc. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $75.00 is included to cover the annual fee for the attorneys listed above.

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888
Facsimile:   (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

Dated:  June 28, 2006
170866.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIME WARNER CABLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-387-KAJ |
| | ) |
| USA VIDEO TECHNOLOGY CORP., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This _____ day of _____, 2006, the Court having considered the motion for the admission *pro hac vice* of Jeffrey M. Olson, Samuel N. Tiu, and Matthew S. Jorgenson to represent Time Warner Cable Inc. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Jeffrey M. Olson
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000

Dated: June 27, 2006

111461.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Samuel N. Tiu
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000

Dated: 6/27/06

111461.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Matthew S. Jorgenson
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000

Dated: 6/27/06

111461.1