IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIME WARNER CABLE, INC. | § § § | |
| Plaintiff, | § § | |
| vs. | § § | C. A. No. 1:06-cv-00387-KAJ |
| USA VIDEO TECHNOLOGY CORP. | § § § § | Jury Trial Demanded |
| Defendant. | § | |

### UNOPPOSED MOTION TO ENLARGE TIME FOR DEFENDANT USA VIDEO TECHNOLOGY CORP. TO RESPOND TO TIME WARNER CABLE, INC.'S COMPLAINT

Defendant USA Video Technology Corporation ("USVO") moves the Court for an order to enlarge the time for USVO to answer and/ or otherwise respond to Time Warner Cable, Inc. ("Time Warner"'s) complaint.

The parties have agreed to a 30 day extension for USVO to answer the Complaint. USVO respectfully requests the Court to grant this unopposed motion to enlarge the time for USVO to answer and/or otherwise respond to Time Warner's complaint. A proposed Order granting the relief sought is included herewith for the convenience of the Court.

Respectfully submitted,

_Edward W. Goldstein/HH_
Edward W. Goldstein
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile

Attorney in Charge for
USVO

OF COUNSEL:

Corby R. Vowell
Alisa A. Lipski
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737   Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served U.S. mail on the counsel listed below.

John G. Day
Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Edward W. Goldstein

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIME WARNER CABLE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | C. A. No. 1:06-cv-00387-KAJ |
| USA VIDEO TECHNOLOGY CORP. | § | Jury Trial Demanded |
| | § | |
| | § | |
| Defendant. | § | |

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 10, 2006, I conferred with Jeffrey M. Olson, counsel for Time Warner Cable, Inc., and he does not oppose USVO's Motion to Enlarge Time for Defendant USVO to Respond to Time Warner's Complaint.

_____
Edward W. Goldstein

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIME WARNER CABLE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | C. A. No. 1:06-cv-00387-KHJ |
| USA VIDEO TECHNOLOGY CORP. | § | Jury Trial Demanded |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER EXTENDING DEFENDANT USA VIDEO TECHNOLOGY CORP.'S DEADLINE TO RESPOND TO COMPLAINT

The Court, having considered the Unopposed Motion to Enlarge Time For Defendant USA Video Technology Corporation ("USVO") to Time Warner Cable, Inc.'s Complaint, finds that the relief sought should be granted. The Court therefore GRANTS the motion.

IT IS HEREBY ORDERED that Defendant USVO shall answer and/or otherwise respond to Time Warner Cable, Inc.'s Complaint by 30 days.

Signed this ___ day of _____ 2006.

_____
HON. KENT JORDAN
UNITED STATES DISTRICT JUDGE