IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIME WARNER CABLE, INC. | § § | |
| Plaintiff, | § § | |
| vs. | § § | C. A. No. 1:06-cv-00387-KAJ |
| USA VIDEO TECHNOLOGY CORP. | § § § | Jury Trial Demanded |
| Defendant. | § § | |

## USVO'S MOTION TO DISMISS, STAY OR TRANSFER

Defendant USA Video Technology Corp. hereby submits this Motion to Dismiss, Stay or Transfer to the Eastern District of Texas, Marshall Division, showing this Honorable Court as follows:

(1) A case involving infringement of the same U.S. patent and nearly identical products and the same defendants is already on file in the Eastern District of Texas.

(2) To transfer this case to the Eastern District of Texas and consolidate it with the case already on file would save judicial resources.

(3) To transfer this case to the Eastern District of Texas and consolidate it with the case already on file would eliminate the possibility of inconsistent or conflicting rulings.

Wherefore, for reasons more fully set forth in Defendant's Memorandum in Support of this Motion, Defendant asks that its Motion for Dismiss, Stay or Transfer be granted.

Date: August 10, 2006

_____
Richard K. Herrmann #405
MORRIS JAMES HITCHENS &
    WILLIAMS, LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant
USA Video Technology Corp.

OF COUNSEL:
Edward W. Goldstein
Corby R. Vowell
Alisa A. Lipski
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737   Facsimile

## **RULE 7.1.1 CERTIFICATE**

The undersigned certifies that movants have made reasonable efforts to reach an agreement with opposing counsel on the matters set forth in this Motion but to no avail.

_____
Richard K. Herrmann (#405)

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2006, I electronically filed the foregoing document, **USVO'S MOTION TO DISMISS, STAY OR TRANSFER,** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, De 19801

Additionally, I hereby certify that the foregoing document was served as indicated on the following:

| VIA EMAIL ON 8/10/2006 AND HAND DELIVERY ON 8/10/2006 | VIA EMAIL ON 8/10/2006 AND FEDERAL EXPRESS ON 8/11/2006 |
|---|---|
| Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>Wilmington, De 19801 | Jeffrey M. Olson<br>Samuel N. Tiu<br>Matthew S. Jorgenson<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>213.896.6000<br>jolson@sidley.com<br>stiu@sidley.com<br>mjorgenson@sidley.com |

_____
Richard K. Herrmann (I.D. No. 405)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant
USA VIDEO TECHNOLOGY CORPORATION