# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 8, 2006

The Honorable Kent A. Jordan  VIA E-FILING
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:   *Time Warner Cable Inc. v. USA Video Technology Corporation*
           C.A. No. 06-387-KAJ

Dear Judge Jordan:

    In preparation for the Rule 16 teleconference scheduled for 4:30 pm (Eastern) on Wednesday September 13, 2006 in the above action, I am pleased to report that the parties have reached agreement on a proposed schedule for the above matter. For the Court's convenience, I enclose a proposed scheduling order that reflects all of the agreed upon dates.

.

                              Respectfully,

                              /s/ *John G. Day*

                              John G. Day (I.D. #2403)

JGD/nml
Enclosure
172999.1

c:    Clerk of the Court (by hand; w/enc.)
       Richard K. Herrmann, Esquire (by hand; w/enc.)
       Jeffrey M. Olson, Esquire (by electronic mail; w/enc.)
       Edward W. Goldstein, Esquire (by electronic mail; w/enc.)