# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 14, 2006

The Honorable Kent A. Jordan  
United States District Court  
844 King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

    Re: *Time Warner Cable Inc. v. USA Video Technology Corporation,*  
          C.A. No. 06-387-KAJ

Dear Judge Jordan:

    Pursuant to Local Rule 7.1.4, plaintiff Time Warner Cable Inc. respectfully requests that the Court hear oral argument on defendant's motion to dismiss, stay or transfer this action (D.I. 10).

                                      Respectfully,

                                      */s/ John G. Day*

                                      John G. Day (I.D. #2403)

JGD: nml  
173200.1

c:    Clerk of the Court (by hand)  
      Richard K. Herrmann, Esquire (by hand)  
      Jeffrey M. Olson, Esquire (via electronic mail)  
      Edward W. Goldstein, Esquire (via electronic mail)