IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIME WARNER CABLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-387-KAJ |
| | ) |
| USA VIDEO TECHNOLOGY CORP., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>P.O. Box 1150
>Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

>ASHBY & GEDDES
>
>/s/ *Steven J. Balick*
>_____
>Steven J. Balick (I.D. #2114)
>John G. Day (I.D. #2403)
>Tiffany Geyer Lydon (I.D. #3950)
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, Delaware 19899
>(302) 654-1888
>
>*Attorneys for Plaintiff*

*Of Counsel:*

Jeffrey M. Olson
Samuel N. Tiu
Matthew S. Jorgenson
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000

Dated:  December 14, 2006
175977.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris James Hitchens & Williams, LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19801 | <u>VIA ELECTRONIC MAIL</u> |
| Edward W. Goldstein, Esquire<br>Goldstein, Faucett & Prebeg, L.L.P.<br>1177 West Loop South, Fourth Floor<br>Houston, TX  77027 | <u>VIA ELECTRONIC MAIL</u> |

*/s/ Steven J. Balick*
_____
Steven J. Balick