IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIME WARNER CABLE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>USA VIDEO TECHNOLOGY CORP., )<br>)<br>Defendant. ) | Civil Action No. 06-387-*** |

**ORDER**

At Wilmington, this 3rd day of October, 2007,

IT IS HEREBY ORDERED that the parties shall submit a status report to the Court on or before October 12, 2007.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE